UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTINE BAILEY,

    Plaintiff,

v.                                                                        Case No.  6:12-cv-71-Orl-18TBS

CITY OF DAYTONA BEACH SHORES,

    Defendant.
_____

## ORDER

This matter comes before the Court sua sponte.  A review of the record reveals that Plaintiff filed a reply to Defendant's response in opposition to Plaintiff's Motion to Compel Better Responses to Interrogatories despite not being authorized to do so. (Doc. 28).  In this Circuit, a reply brief may not be filed as a matter of right, rather, "the district court possesse[s] almost complete discretion to disallow the filing of a reply brief under the court's local rules."  Mock v. Bell Hellicopter Textron, Inc., No. 10-14421, 2012 U.S. App. LEXIS 1459, at *7 (11th Cir. 2012); cf. M.D. Fla. R. 3.01(c) ("No party shall file any reply or further memorandum directed to the motion or response . . . unless the Court grants leave.").  Plaintiff has not requested and the Court has not authorized the filing of such a reply brief in this case.  Upon due consideration, it is hereby ORDERED that Plaintiff's reply is STRICKEN.  Should the Court require additional briefing on any specific issue, it will direct a subsequent filing on its own order.

    IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on July 17, 2012.

                                                        THOMAS B. SMITH
                                                        United States Magistrate Judge

Copies to all Counsel