UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTINE BAILEY,

    Plaintiff,

v.                                                Case No: 6:12-cv-71-Orl-18TBS

CITY OF DAYTONA BEACH SHORES,

    Defendant.

## ORDER

Pending before the Court in this long closed case is Defendant's Motion to Compel Plaintiff's Deposition Duces Tecum in Aid of Execution (Doc. 116). Defendant has not responded to the motion and the time within for her to do so has expired.

Defendant, in an attempt to collect costs taxed against Plaintiff, issued a Subpoena Duces Tecum to Testify at a Deposition in Aid of Execution, which was served on Plaintiff in Port St. Lucie, Florida (Doc. 116 at 1-2). Plaintiff was commanded to appear with documents and testify at Atlantic Reporting, also in Port St. Lucie, Florida (Doc. 116-1). Defendant alleges that Plaintiff appeared but did not appropriately comply with the subpoena. Now, Defendant seeks an Order compelling Plaintiff to appear for a continued deposition and to produce the requested documents, as well as an award of fees and costs.

Port St. Lucie is not within the Middle District of Florida. To the extent this is a motion under FED. R. CIV. P. 45(d)(2)(B), Defendant may move to compel production of the requested documents "in the court for the district where compliance is required." FED. R. CIV. P. 45(d)(2)(B)(i). If this is a motion for contempt under Rule 45(g), such a motion

should also be brought in "[t]he court for the district where compliance is required." FED. R. CIV. P. 45(G). As explained in the Advisory Committee Notes: "Under Rules 45(d)(2)(B), 45(d)(3), and 45(e)(2)(B), subpoena-related motions and applications are to be made to the court where compliance is required under Rule 45(c)." FED. R. CIV. P. 45, Advisory Committee Notes to 2013 Amendments, Subdivision (f). As compliance with the subpoena was required in Port St. Lucie, the motion is **DENIED, without prejudice** to renewal in the Southern District of Florida.

**DONE** and **ORDERED** in Orlando, Florida on May 16, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties